**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: LESLIE P. MARKS, | No. 10-16811 |
| Debtor. | D.C. No. 3:10-cv-01148-WHA |
| LESLIE P. MARKS, | MEMORANDUM[*] |
| Appellant, | |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Appellee. | |

Appeal from the United States District Court
for the Northern District of California
William H. Alsup, District Judge, Presiding

Submitted October 25, 2011[**]

Before:     TROTT, GOULD, and RAWLINSON, Circuit Judges.

Leslie P. Marks appeals pro se from the district court's order concerning

various orders of the bankruptcy court, including its order dismissing her Chapter

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

13 bankruptcy petition. We have jurisdiction under 28 U.S.C. §158(d). We review decisions of the bankruptcy court independently without deference to the district court's determinations. *Leichty v. Neary (In re Strand)*, 375 F.3d 854, 857 (9th Cir. 2004). We affirm.

The district court properly concluded that Marks's notice of appeal from the bankruptcy court orders was untimely. *See Greene v. United States (In re Souza)*, 795 F.2d 855, 857 (9th Cir. 1986) (the notice of appeal from a bankruptcy court decision must be filed within the time provided by Bankruptcy Rule 8002).

Marks's contention that the district court and bankruptcy court judges were biased is unsupported by the record. *See Focus Media, Inc. v. NBC*, (*In re Focus Media*), 378 F.3d 916, 929-30 (9th Cir. 2004) (judicial rulings alone rarely evidence bias).

Marks's remaining contentions are unpersuasive.

Marks's motion to file a supplemental brief is granted.

Marks's request for judicial notice is denied.

**AFFIRMED.**